FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 DEC 30 PM 2: 36

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION )<br>OF THE UNITED STATES OF AMERICA )<br>FOR AN ORDER AUTHORIZING THE )<br>INSTALLATION AND USE OF PEN )<br>REGISTER AND CALLER IDENTIFICATION )<br>DEVICES TO REGISTER TELEPHONE NUM-)<br>BERS AND SUBSCRIBER INFORMATION )<br>FOR CELLULAR TELEPHONE NUMBER )<br>(402) 612-0058 WITH ESN )<br>268435456502465079 ) | 8:08MJ138 |

MOTION TO UNSEAL
APPLICATION, ORDER AND SUBSCRIBER INFORMATION

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Application(s), Order(s), Subscriber and Pen Register Information.

Dated this 29th day of December, 2008.

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: _____
JOHN E. HIGGINS
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
Thomas D. Thalken
Judge, United States Magistrate Court

DATED: 12/30/08

copy list